**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-2124**

KAREEM ASHE,

              Plaintiff – Appellant,

     v.

GIANT OF MARYLAND, LLC,

              Defendant – Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Alexander Williams, Jr., District Judge. (8:06-cv-01293-AW)

Submitted: March 16, 2009         Decided: March 30, 2009

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kareem Ashe, Appellant Pro Se. Edward Ross Levin, Henry Adam Platt, SAUL EWING, LLP, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kareem Ashe appeals the district court's orders dismissing his claims of employment discrimination and granting summary judgment to Appellee. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Ashe v. Giant of Maryland, LLC, No. 8:06-cv-01293-AW (D. Md. July 17, 2007; Sept. 22, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED